UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE MORSE,<br>    Plaintiff,<br>v.<br>COSTCO WHOLESALE CORP.,<br>    Defendant. | Case No. 2:25-cv-01485-ART-NJK<br>**Order**<br>[Docket No. 14] |

Pending before the Court is the parties' joint discovery plan and scheduling order. Docket No. 14.

According to Local Rule 26-1(b)(1), the presumptively reasonable period for discovery is 180 days from the date the first defendant answered or otherwise appeared. Further, Local Rule 26-1(a) states that a plan requesting longer deadlines must include, "a statement of the reasons why longer or different time periods should apply to the case or, in cases in which the parties disagree on the form or contents of the discovery plan, a statement of each party's position on each point in dispute."

In the instant plan, the parties request a discovery period of 270 days. Docket No. 14. The parties submit that the longer period is needed to give them sufficient time to obtain experts, take depositions, acquire medical records, and potentially schedule an IME. *See id.* at 5. However, the items cited occur in every case in this District; therefore, these reasons are insufficient, without more, to justify a discovery period that is ninety days longer than the presumptively reasonable time period.

Accordingly, the joint discovery plan is **DENIED**. The Court enters the presumptively reasonable deadlines:

- Amend pleadings/ add parties:  November 11, 2025
- Initial experts:  December 11, 2025

1

- Rebuttal experts: January 12, 2026
- Discovery cutoff: February 9, 2026
- Dispositive motions: March 11, 2026
- Joint proposed pretrial order: April 10, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: October 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge