# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHELE MORSE,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

Case No. 2:25-cv-01485-ART-NJK

**Order**

[Docket No. 20]

Pending before the Court is the parties' stipulation to stay discovery pending completion of mediation or a settlement conference.  Docket No. 18.

On January 6, 2026, the Court denied the parties' previous stipulation to stay discovery. Docket No. 19.  The Court explained that "[g]iven that there are just over two months remaining in the discovery period, the Court is not inclined to stay discovery."  *Id.* at 1.  In the instant stipulation, the parties submit that they have scheduled a mediation for March 16, 2026, and seek to stay discovery to avoid "incurring significant effort and expense."  Docket No. 20 at 2-3.

However, the Court entered the scheduling order in this matter on October 14, 2025, and the discovery period closes on March 9, 2026.  *See* Docket Nos. 14, 17.  Given that there are now less than two months remaining in the discovery period, and the parties were previously cautioned about their lack of diligence in conducting discovery, the Court is not inclined to stay discovery. *See* Docket No. 17 at 2 ("Contrary to their submission that they 'have been diligently moving discovery forward,' the parties have conducted almost no affirmative discovery to date").

Accordingly, the Court **DENIES** the stipulation to stay discovery.  Docket No. 18.

IT IS SO ORDERED.

Dated: January 21, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1