**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

|  |  |
|---|---|
| MICHELE MORSE;<br><br>        Plaintiff<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION;<br>a Foreign Corporation; ROE<br>MAINTENANCE COMPANY; DOES I<br>through X; and ROE CORPORATIONS II<br>through X, inclusive,<br><br>        Defendants. | Case No.: 2:25-cv-01485-ART-NJK |

**ORDER APPROVING**
**STIPULATION TO DISMISS WITH PREJUDICE**

Defendant, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "Costco"), by and through counsel, Edgar Carranza, Esq. and Ashley E. Walters, Esq. of the law firm of MESSNER REEVES, LLP and Plaintiff, MICHELLE MORSE, by and through counsel Drue Solomon, Esq. and Boyd Moss, Esq. of Moss Berg Injury Lawyers, hereby stipulate as follows:

. . . .

1. Plaintiff filed her Complaint on or about June 4, 2025.

2. Defendant, Costco filed its Answer on or about July 14, 2025.

3. On July 31, 2025, Plaintiff filed her Petition for Exemption from Arbitration, in which she detailed $86,458.99 in past medical specials.

4. This matter was removed to this Court on August 12, 2025.

5 The Parties have been able to reach a mutually acceptable resolution to this matter which is memorialized in the Settlement and Release Agreement executed contemporaneous hereto.

6. In reaching the resolution Costco does not admit any liability and continues to deny the allegations in the Complaint.  Nonetheless, Plaintiff hereby stipulates to waive any and all claims against Defendant, Costco and dismiss this action with prejudice in exchange for the agreed to resolution.

7. The parties also hereby stipulate, and this court hereby orders, that this settlement is deemed a good faith settlement.   Therefore, any and all claims by any other party against Costco are hereby extinguished.

8. There is no trial date currently set in this matter.

9. For the above-outlined reasons, the parties hereby stipulate to dismiss the present litigation, with prejudice.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

10.   Plaintiff and Defendant, Costco will bear their own attorney's fees and costs related to this litigation.

DATED this 28th day of April, 2026.              DATED this 28th day of April, 2026.


**HUTCHISON & STEFFEN, PLLC**              **Moss Berg Injury Lawyers**

By: _/s/ Edgar Carranza_                          By: _/s/ Drue Solomon_
_____          _____
Edgar Carranza, Esq.                          Drue Solomon, Esq.
Nevada State Bar No. 5902                     Nevada State Bar No. 14276
Peccole Professional Park                     Boyd B. Moss, Esq.
10080 West Alta Drive, Suite 200              Nevada State Bar No. 8856
Las Vegas, Nevada 89145                       5420 W. Sahara Ave. #101
_Attorneys for Defendant_                     Las Vegas, Nevada 89146
COSTCO WHOLESALE CORPORATION                  _Attorneys for Plaintiff_
                                              MICHELLE MORSE

## ORDER

Pursuant to the above Stipulation, THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES that this matter is DISMISSED, each party to bear their own attorney's fees and costs.


**IT IS SO ORDERED.**

DATED THIS 30th day of April, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

**Patti Sherretts**

| | |
|---|---|
| **From:** | Tonya Baltazar <Tonya@mossberglv.com> |
| **Sent:** | Tuesday, April 28, 2026 2:43 PM |
| **To:** | Patti Sherretts |
| **Cc:** | Drue Solomon; Edgar Carranza |
| **Subject:** | RE: Costco adv. Morse..... |

Once the check is picked up you can sign for Drue.

Thanks

Have a Great Day! 😊

**Tonya Baltazar, Paralegal**
**MOSS BERG INJURY LAWYERS**
5420 W Sahara Ave, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile:  (702) 222-4556
Tonya@mossberglv.com
www.mossberginjurylaw.com



CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  Nothing in this e-mail should be construed as an electronic signature or an act constituting a binding contract.  If you have received this communication in error, please immediately notify us at (702) 222-4555.  Thank you.

**From:** Patti Sherretts <psherretts@hutchlegal.com>
**Sent:** Tuesday, April 28, 2026 2:04 PM
**To:** Tonya Baltazar <Tonya@mossberglv.com>
**Cc:** Drue Solomon <Drue@mossberglv.com>; Edgar Carranza <ecarranza@hutchlegal.com>
**Subject:** RE: Costco adv. Morse.....

10800 W. Alta Drive, Suite 200.   Also, I have attached an updated SAO for Drew's execution which reflects our new firm.

Thanks.

Patti Sherretts
Legal Assistant



HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized..

---

**From:** Tonya Baltazar <Tonya@mossberglv.com>
**Sent:** Tuesday, April 28, 2026 1:54 PM
**To:** Patti Sherretts <psherretts@hutchlegal.com>
**Cc:** Drue Solomon <Drue@mossberglv.com>; Edgar Carranza <ecarranza@hutchlegal.com>
**Subject:** RE: Costco adv. Morse.....

Great I will send my runner this afternoon, what is your address.

Have a Great Day! 😊

**Tonya Baltazar, Paralegal**
**MOSS BERG INJURY LAWYERS**
5420 W Sahara Ave, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile:  (702) 222-4556
Tonya@mossberglv.com
www.mossberginjurylaw.com

2